**Form B1**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **VANLINGEN, EDUARD A.** | **VANLINGEN, MARY  J.** |

| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
|---|---|
| None. | None. |

| Soc. Sec./Tax I.D. No. (if more than one, state all): | Soc. Sec./Tax I.D. No. (if more than one, state all): |
|---|---|
| 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 / None. | 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 / None. |

| Street Address of Debtor (No. & Street,City,State & Zip Code): | Street Address of Joint Debtor (No. & Street,City,State & Zip Code): |
|---|---|
| **363 SCHOOL ST.** <br> **BOYLSTON, MA 01505** | **58 HUNTINGTON AVE.** <br> **MARLBOROUGH, MA 01752** |

| County of Residence or of the Principal Place of Business: **WORCESTER** | County of Residence or of the Principal Place of Business: **MIDDLESEX** |
|---|---|

| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
|---|---|
| None | None. |

**Location of Principal Assets of Business Debtor (If different from address noted above):** None.

### INFORMATION REGARDING DEBTOR (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☑ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) <br> ☑ **Individual(s)** | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) <br> ☑ **Chapter 7** |
|---|---|

| **Nature of Debts** (Check one box) <br> ☑ **Consumer/Non-Business** | **Filing Fee** (Check one box) <br><br> ☑ Full Filing Fee attached. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply) <br> ☐ Debtor is a small business as defined in 11 USC Sec. 101. <br> ☐ Debtor is and elects to be considered a small business under defined in 11 USC Sec. 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) <br><br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. <br><br> Estimated Number of Creditors  ☑ 1 - 15  (1) <br><br> Estimated Assets  ☑ $50,001 to $100,000  (2) <br><br> Estimated Debts  ☑ $100,001 to $500,000  (3) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

00-46000   Ch. 7   JBR
Tru: JOSEPH BALDIGA
Mtg: 12-20-2000
Loc: WORCES   Time: 9:30

**FILING FEE PAID**

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** EDUARD A. VANLINGEN MARY J. VANLINGEN | **Form B1, Page 2** |
|---|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed:  None. | Case Number:  None. | Date Filed:  None. |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  None. | Case Number:  None. | Date Filed:  None. |
|---|---|---|
| District:  None. | Relationship:  None. | Judge:  None. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, understand the relief available under each such chapter, and choose to proceed under Chapter 7.

I request relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition

X _Signature_
Signature of Debtor, **EDUARD A. VANLINGEN**

X _Signature_
Signature of Joint Debtor, **MARY J. VANLINGEN**

Telephone Number (If not represented by attorney)

Date:  11-5-00

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, UNITED STATES CODE, specified in this petition.

X _____
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date:

### Signature of Attorney

X _Signature_
Signature of Attorney for Debtor(s)
MICHAEL J. TREMBLAY
Printed Name of Attorney for Debtor(s)
TREMBLAY AND TREMBLAY
Firm Name
277 MAIN ST.
MARLBOROUGH, MA 01752
Address
Telephone Number:  (508) 485-8577

Date:  11-5-00

### Signature Of Non-Attorney Bankruptcy Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

Date: _____

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### EXHIBIT B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner(s) named in the foregoing petition, declare that I have informed the petitioner(s) that (he, she or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, UNITED STATES CODE, and have explained the relief available under each such chapter.

X _Signature_   11-5-00
Signature of Attorney for Debtor(s)    Date

**In re**    **EDUARD A. VANLINGEN,**                     **Case No.**
**MARY  J. VANLINGEN,**

                                   **Debtor(s).**                     **Chapter 7**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTIONS | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Two-family residence 58 Huntington Ave., Marlborough, MA 01752 | Undivided one-half interest as tenants in common with Husband's parents. One-half of full market value ($210,000) and one-half of full mortgage balance ($154,000) are reported here | J | $105,000.00 | $77,000.00 |
| | TOTAL | | $105,000.00 | |

**SCHEDULE A - REAL PROPERTY  1 - 1**

In re    EDUARD A. VANLINGEN,
MARY J. VANLINGEN,                                    Case No.

                        Debtor(s).          Chapter 7

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.   Cash on hand. | | Cash in Husband's pockets Husband's possession Boylston, Ma 01505 | H | $50.00 |
| | | Cash in Wife's pockets Wife's possession Boylston, Ma 01505 | W | $60.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BankBoston Account #34915080 363 School St. Boylston, Ma 01505 | H | $110.00 |
| | | St. Dominic's Credit Union 363 School St. Swansea, MA | W | $60.00 |
| | | St. Mary's Credit Union #12700401 (this account presently overdrawn) 133 West Main St. Marlborough, MA 01752 | W | $0.00 |
| | | St. Mary's Credit Union #11801 133 West Main St. Marlborough, MA 01752 | W | $240.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords and others. | X | | | $ 0.00 |
| 4.   Household goods and furnishings, including audio, video and computer equipment. | | Misc. household goods including beds, bedding, dressers, lawn mower, tables, chairs, lamps, couch, bookcases, food, dishes, kitchen appliances and utensils, 2 t.v.'s, stereo, camcorder, vcr, tapes, cd's, bikes, camera, etc., no single item exceeding $425 58 Huntington Ave. Marlborough, MA 01752 | W | $5,000.00 |
| | | Misc. household goods and furnishings including stereo, c.d.'s, hockey skates and equipment 363 School St. Boylston, MA 01505 | H | $500.00 |

In re    EDUARD A. VANLINGEN,                                    Case No.
MARY  J. VANLINGEN,
                                    Debtor(s).                   Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc and other collections or collectibles. | X | | | $ 0.00 |
| 6.  Wearing apparel. | | Ordinary wearing apparel 58 Huntington Ave. Marlborough, MA 01752 | W | $500.00 |
| | | Ordinary wearing apparel 363 School St. Boylston, MA 01505 | H | $500.00 |
| 7.  Furs and jewelry. | | Movado watch Husband's possession Boylston, Ma 01505 | H | $100.00 |
| | | Wedding ring, ordinary jewelry 58 Huntington Ave. Marlborough, MA 01752 | W | $250.00 |
| 8.  Firearms and sports, photographic and other hobby equipment. | X | | | $ 0.00 |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | $ 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | $ 0.00 |
| 11.  Interests in IRA, ERISA, Keogh or other pension or profit-sharing plans.  Itemize. | | Innoveda, Inc. ERISA qualified Profit Sharing Plan.  Note: not property of the bankrtupcy estate, shown for information purposes only.  Total value: $13,648.00 c/o Fidelity Investments, Boston, MA | H | $0.00 |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Stock Options, Innoveda, Inc. (900 sh. @.48) Boston Post Road Marlborough, MA 01752 | H | $2,826.00 |
| | | Stock Options, Innoveda, Inc. (200 sh. @2.47) Boston Post Road Marlborough, MA 01752 | H | $230.00 |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | $ 0.00 |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | | U.S. Savings Bonds (trustee for children, not property of estate, face value $100.00) 58 Huntington Ave. Marlborough, MA 01752 | W | $0.00 |

**SCHEDULE B - PERSONAL PROPERTY  2 - 4**

In re   EDUARD A. VANLINGEN,                    Case No.
MARY  J. VANLINGEN,
                              Debtor(s).                    Chapter 7

| TYPE OF PROPERTY | N o n e | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.   Accounts receivable. | X | | | $ 0.00 |
| 16.   Alimony, maintenance, support and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | $ 0.00 |
| 17.   Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | $ 0.00 |
| 18.   Equitable or future interests, life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | $ 0.00 |
| 19.   Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy or trust. | X | | | $ 0.00 |
| 20.   Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims or the debtor and rights to setoff claims.  Give estimated value of each. | X | | | $ 0.00 |
| 21.   Patents, copyrights and other intellectual property.  Give particulars. | X | | | $ 0.00 |
| 22.   Licenses, franchises and other general intangibles.  Give particulars. | X | | | $ 0.00 |
| 23.   Automobiles, trucks, trailers and other vehicles. | | 1987 BMW 325 363 School St. Boylston, MA 01505 | H | $3,200.00 |
| | | 1996 Mercury Villager (Book Value: $10,695 less loan $11,200 = debtor's interest:) 58 Huntington Ave. Marlborough, MA 01752 | W | $0.00 |
| 24.   Boats, motors and accessories. | X | | | $ 0.00 |
| 25.   Aircraft and accessories. | X | | | $ 0.00 |
| 26.   Office equipment, furnishings and supplies. | | H.P. Pavilion Computer 58 Huntington Ave. Marlborough, MA 01752 | W | $400.00 |
| 27.   Machinery, fixtures, equipment and supplies used in business. | X | | | $ 0.00 |
| 28.   Inventory. | | Candle samples and inventory 58 Huntington Ave. Marlborough, MA 01752 | W | $200.00 |
| 29.   Animals. | X | | | $ 0.00 |

**SCHEDULE B - PERSONAL PROPERTY  3 - 4**

In re     EDUARD A. VANLINGEN,                    Case No.
MARY  J. VANLINGEN,

                              Debtor(s).                    Chapter 7

| TYPE OF PROPERTY | None | DESCRIPTION AND LOCATION OF PROPERTY | H W J or C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.   Crops - growing or harvested.  Give particulars. | X | | | $ 0.00 |
| 31.   Farming equipment and implements. | X | | | $ 0.00 |
| 32.   Farm supplies, chemicals and feed. | X | | | $ 0.00 |
| 33.   Other personal property of any kind not already listed.  Itemize. | X | | | $ 0.00 |
| | | | **Total** | $14,226.00 |

**SCHEDULE B - PERSONAL PROPERTY  4 - 4**

In re    EDUARD A. VANLINGEN,                     Case No.
MARY  J. VANLINGEN,

                         Debtor(s).        Chapter 7

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which the debtor is entitled under

       ☒ 11 U.S.C. 522(b)(1) Exemptions provided in 11 U.S.C.  522(d).  Note:  These exemptions are available only in certain states.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
| --- | --- | --- | --- |
| Candle samples and inventory | 11 U.S.C. § 522(d)(6) | $ 200.00 | $ 200.00 |
| Cash in Bank Boston Account | 11 U.S.C. § 522(d)(5) | $ 110.00 | $ 110.00 |
| Cash in Husband's pockets | 11 U.S.C. § 522(d)(5) | $  50.00 | $  50.00 |
| Cash in St. Dominic's C.U. Account | 11 U.S.C. § 522(d)(5) | $  60.00 | $  60.00 |
| Cash in Wife's pockets | 11 U.S.C. § 522(d)(5) | $  60.00 | $  60.00 |
| H.P. Pavilion Computer | 11 U.S.C. § 522(d)(6) | $ 400.00 | $ 400.00 |
| Innoveda, Inc. profit sharing plan (to the extent that same may be considered property of the estate) | 11 U.S.C. § 522(d)(10) | $13,648.00 | $13,648.00 |
| Movado watch | 11 U.S.C. § 522(d)(4) | $ 100.00 | $ 100.00 |
| U.S. Savings Bonds trustee for children (to the extent that same may be considered property of the estate) | 11 U.S.C. § 522(d)(5) | $ 100.00 | $ 100.00 |
| Wearing apparel – Husband's | 11 U.S.C. § 522(d)(3) | $ 500.00 | $ 500.00 |
| Wearing apparel – wife's | 11 U.S.C. § 522(d)(3) | $ 500.00 | $ 500.00 |
| Wedding ring, misc. jewelry | 11 U.S.C. § 522(d)(4) | $ 250.00 | $ 250.00 |
| 58 Huntington Ave. | 11 U.S.C. § 522(d)(1) | $28,000.00 | $210,000.00 |
| Misc. Household goods @ 58 Huntington Av., Marlborough | 11 U.S.C. § 522(d)(3) | $5,000.00 | $5,000.00 |
| Stock Options, Innoveda (200 sh. @2.47) | 11 U.S.C. § 522(d)(5) | $ 230.00 | $ 230.00 |
| Misc. household goods @363 School St., Boylston | 11 U.S.C. § 522(d)(3) | $ 500.00 | $ 500.00 |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT 1 - 2**

In re    EDUARD A. VANLINGEN,                                         Case No.
MARY J. VANLINGEN,

                           Debtor(s).                                         Chapter 7

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Stock Options, Innoveda (900 sh. @ .48) | 11 U.S.C. § 522(d)(5) | $2,826.00 | $2,826.00 |
| 1987 BMW | 11 U.S.C. § 522(d)(2) | $2,575.00 | $3,200.00 |
| 1987 BMW | 11 U.S.C. § 522(d)(5) | $ 625.00 | $3,200.00 |
| Cash in St. Mary's C.U. #11801 | 11 U.S.C. § 522(d)(5) | $ 240.00 | $ 240.00 |

**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT  2 - 2**

In re   EDUARD A. VANLINGEN,                                   Case No.
MARY  J. VANLINGEN,
                                        Debtor(s).              Chapter 7

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgement liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding secured claims to report on this Schedule D.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H, W, J, or C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Acct. No. 5000145036 **Bank of America 10 New England Business Center #112 Andover, MA 01801** | X | J | **5-28-1999 First Mortgage 58 Huntington Ave.,Marlborough, MA** VALUE $210,000.00 | | | | $154,000.00 | $0.00 |
| Acct. No. 00000001011189139 **Citizen's Bank PO Box M Providence, RI 02901** | | J | **1996 Auto Loan 1996 Mercury Villager** VALUE $10,695.00 | | | | $11,200.00 | $ 505.00 |
| | | | Subtotal this page | | | | **$165,200.00** | |
| | | | TOTAL | | | | **$165,200.00** | |

In re    EDUARD A. VANLINGEN,                                    Case No.
MARY  J. VANLINGEN,
                                    Debtor(s).                   Chapter 7

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete set of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of a debtor's business or financial affairs after the commencement of the case but before  the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. Sec. 507(a)(2).

☐ **Wages, salaries and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(3).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. Sec. 507(a)(4).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. Sec. 507(a)(5).

☐ **Deposits by individuals**
   Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. Sec. 507(a)(6).

☐ **Alimony, maintenance, and support**
   Debts to a spouse, former spouse, or child of the debtor, for alimony to, maintenance for, or support of such spouse or child.  11 U.S.C. Sec. 507(a)(7).

☐ **Taxes and other certain debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. Sec. 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. Sec. 507(a)(9).

In re    EDUARD A. VANLINGEN,    Case No.
MARY J. VANLINGEN,

Debtor(s).    Chapter 7

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "H, W, J or C."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ **Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.**

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J or C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 781260-1471566701<br><br>Capital One Services<br>PO Box 85184<br>Richmond, VA 23285-5184 | | H | 1998<br><br>bill consolidation loan | | | | $6,566.08 |
| Acct. No. 5424 1801 7821 0560<br><br>Citibank Platinum Select<br>PO Box 8104<br>S. Hackensack, NJ 07606-8104 | | W | various<br><br>misc. credit card purchases | | | | $2,188.81 |
| Acct. No. 5417 1194 3910 3700<br><br>First USA<br>PO Box 8650<br>Wilmington, DE  19899-8650 | | W | various<br><br>misc. credit card purchases | | | | $3,621.99 |
| Acct. No. 4366 1500 0530 6884<br><br>First USA Bank, N.A.<br>PO Box 8650<br>Wilmington, DE 19899-8650 | | H | various<br><br>misc. credit card purchases | | | | $1,196.87 |

|  | Subtotal this page | **$13,573.75** |
|---|---|---|

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  1 - 2**

In re   **EDUARD A. VANLINGEN,**
**MARY  J. VANLINGEN,**                          Case No.

                     Debtor(s).              Chapter 7

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J o r C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Acct. No. 5491 0000 8815 0607<br><br>Fleet Bank<br>PO Box 15480<br>Wilmington, DE  19850-3839 | | H | various<br><br>misc. credit card purchases | | | | $4,281.07 |
| Acct. No. 4264 2906 1700 3074<br><br>MBNA America<br>PO Box 15026<br>Wilmington, DE 19850-5026 | | W | various<br><br>misc. credit card purchases | | | | $4,979.86 |
| Acct. No. 5490 9938 6206 0561<br><br>MBNA America<br>PO Box 15026<br>Wilmington, DE  19850-5026 | | H | various<br><br>misc. credit card purchases | | | | $9,116.49 |
| Acct. No. 4217 0210 8091 1750<br><br>Providian National Bank<br>PO Box 9016<br>Pleasanton, CA  94566 | | H | various<br><br>misc. credit card purchases | | | | $8,218.11 |

|  |  |
|---|---|
| **Subtotal this page** | **$26,595.53** |
| **TOTAL** | **$40,169.28** |

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS  2 - 2**

In re    EDUARD A. VANLINGEN,                                  Case No.
MARY  J. VANLINGEN,

                                         Debtor(s).                     Chapter 7

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ **Check this box if debtor has no executory contracts or unexpired leases.**

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| None. | |

**In re**   **EDUARD A. VANLINGEN,**                                    **Case No.**
**MARY J. VANLINGEN,**
                                   **Debtor(s).**                        **Chapter 7**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case, should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ **Check this box if debtor has no codebtors.**

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Peter VanLingen<br>58 Huntington Ave.<br>Marlborough, MA 01752 | BankAmerica Mortgage<br>10 New England Business Center #112<br>Andover, MA 01810 |
| Cornelia VanLingen<br>58 Huntington Ave.<br>Marlborough, MA 01752 | BankAmerica Mortgage<br>10 New England Business Center #112<br>Andover, MA 01810 |

§In re   EDUARD A. VANLINGEN,                              Case No.
MARY J. VANLINGEN,

                                    Debtor(s).          Chapter 7

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married, Separated** | NAMES: | AGE: | RELATIONSHIP: |
| | Joseph P. VanLingen; Mary Katherine VanLingen | 13; 5 | son; daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Information Systems Engineer | Babysitter; part-time candle sales |
| Name of Employer | Innoveda, Inc. | self; self |
| How long employed | 4 years | one month |
| Address of Employer | 293 Boston Post Road West, Marlborough, MA 01752 | Unknown. |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| **Current monthly gross wages, salary and commissions (pro rata if not paid monthly)** | $7,194.00 | $    0.00 |
| **Estimated monthly overtime** | $    0.00 | $    0.00 |
| **SUBTOTAL** | **$7,194.00** | **$    0.00** |
| **LESS PAYROLL DEDUCTIONS** <br> **a.  Payroll taxes and social security** | $2,159.00 | $    0.00 |
| **b.  Insurance** | $  180.18 | $    0.00 |
| **c.  Union dues** | $    0.00 | $    0.00 |
| d.  Other (specify):   401(k) loan <br> None. | $  204.48 | $    0.00 |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | **$2,543.66** | **$    0.00** |
| **TOTAL NET MONTHLY TAKE-HOME PAY** | **$4,650.34** | **$    0.00** |
| **Regular income from operation of business or profession or farm (attach detailed statement)** | $    0.00 | $  500.00 |
| **Income from real property** | $    0.00 | $    0.00 |
| **Interest and dividends** | $    0.48 | $    0.00 |
| **Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above.** | $-2,031.83 | $2,031.83 |
| **Social security or other government assistance (specify):** None. | $    0.00 | $    0.00 |
| **Pension or retirement income** | $    0.00 | $    0.00 |
| **Other monthly income (specify):** <br> Debtor:  Husband pays Wife $472.52 per week child support pursuant to Probate Court Order <br> Spouse:  None. | $    0.00 | $    0.00 |
| **TOTAL MONTHLY INCOME** | **$2,618.99** | **$2,531.83** |

**TOTAL COMBINED MONTHLY INCOME**    $5,150.82        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: Wife lost two jobs in 2000 at CVS Pharmacy and Meadowbrook Preschool

In re   **EDUARD A. VANLINGEN,**                        Case No.
**MARY  J. VANLINGEN,**

                              Debtor(s).                    Chapter 7

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| **Rent or home mortgage payment (include lot rented for mobile home)** | $    0.00 |
|      **Are real estate taxes included?** n/a | |
|      **Is property insurance included?** n/a | |
| **Utilities:  Electricity and heating fuel** | $    0.00 |
|      **Water and sewer** | $    0.00 |
|      **Telephone** | $    0.00 |
|      **Other (specify):** None. | $    0.00 |
| **Home maintenance (repairs and upkeep)** | $    0.00 |
| **Food** | $  400.00 |
| **Clothing** | $   25.00 |
| **Laundry and dry cleaning** | $    0.00 |
| **Medical and dental expenses** | $   15.00 |
| **Transportation (not including car payments)** | $  233.33 |
| **Recreation, clubs and entertainment, newspapers, magazines, etc.** | $    0.00 |
| **Charitable contributions** | $    0.00 |
| **Insurance (not deducted from wages or included in home mortgage payment)** | |
|      **Homeowner's or renter's** | $    0.00 |
|      **Life** | $    0.00 |
|      **Health** | $  159.76 |
|      **Auto** | $   72.30 |
|      **Other (specify):** None. | $    0.00 |
| **Taxes (not deducted from wages or included in home mortgage payments) (Specify)** None. | $    0.00 |
| **Installment payments** | |
|      **Auto** | $    0.00 |
|      **Other:  None.** | $    0.00 |
| **Alimony, maintenance and support paid to others** | $2,031.83 |
| **Payments for support of additional dependents not living at your home** | $    0.00 |
| **Regular expenses from operation of business, profession or farm.** | $    0.00 |
|   **(attach detailed statement)** | $    0.00 |
| **Other:** None. | $    0.00 |

**TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules)        $2,937.22

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)** Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  **Total projected monthly income** | **$  0.00** |
| B.  **Total projected monthly expenses** | **$0.00** |
| C.  **Excess income (A minus B)** | **($0.00)** |
| D.  **Total amount to be paid into plan each   (interval).** | |

In re    **EDUARD A. VANLINGEN,**                                      Case No.
**MARY  J. VANLINGEN,**

                           Debtor(s).                                     Chapter 7

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - (SPOUSE)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Prorate any payments made bi-weekly, quarterly, semi-annually or annually to show monthly rate.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| **Rent or home mortgage payment (include lot rented for mobile home)** | $ 666.42 |
|         **Are real estate taxes included?  yes** | |
|         **Is property insurance included? yes** | |
| **Utilities:  Electricity and heating fuel** | $ 110.00 |
|         **Water and sewer** | $ 30.00 |
|         **Telephone** | $ 120.00 |
|         **Other (specify): Electric** | $ 60.00 |
| **Home maintenance (repairs and upkeep)** | $ 0.00 |
| **Food** | $ 350.00 |
| **Clothing** | $ 125.00 |
| **Laundry and dry cleaning** | $ 20.00 |
| **Medical and dental expenses** | $ 25.00 |
| **Transportation (not including car payments)** | $ 161.66 |
| **Recreation, clubs and entertainment, newspapers, magazines, etc.** | $ 25.00 |
| **Charitable contributions** | $ 20.00 |
| **Insurance (not deducted from wages or included in home mortgage payment)** | |
|         **Homeowner's or renter's** | $ 0.00 |
|         **Life** | $ 0.00 |
|         **Health** | $ 0.00 |
|         **Auto** | $ 72.30 |
|         **Other (specify):  None.** | $ 0.00 |
| **Taxes (not deducted from wages or included in home mortgage payments)** **(Specify)  None.** | $ 0.00 |
| **Installment payments** | |
|         **Auto** | $ 414.78 |
|         **Other:  None.** | $ 0.00 |
| **Alimony, maintenance and support paid to others** | $ 0.00 |
| **Payments for support of additional dependents not living at your home** | $ 0.00 |
| **Regular expenses from operation of business, profession or farm.** **(attach detailed statement)** | $ 0.00 |
| **Other:  None.** | $ 0.00 |

**TOTAL MONTHLY EXPENSES**  (Report also on Summary of Schedules)          $2,200.16

**(FOR CHAPTER 12 AND 13 DEBTORS ONLY)** Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| **A. Total projected monthly income** | $ 0.00 |
| **B. Total projected monthly expenses** | $0.00 |
| **C. Excess income (A minus B)** | ($0.00) |
| **D. Total amount to be paid into plan each   (interval).** | |

In re   **EDUARD A. VANLINGEN,**                                    **Case No.**
**MARY J. VANLINGEN,**
          Debtor(s).                              Chapter 7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 15 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

Date: _____11·5·00_____     Signature _____
                                            **EDUARD A. VANLINGEN, Debtor**

Date: _____11·5·00_____     Signature _____
                                            **MARY J. VANLINGEN, Joint Debtor**
                                            (If joint case, both spouses must sign)

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF
### CORPORATION OR PARTNERSHIP

I, the  [the president or other officer or an authorized agent of the partnership] of the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 1 sheet(s), and that they are true and correct to the best of my knowledge, information and belief.

                                            by
Date: _____     Signature _____

          [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. 4,6 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or typed name of Bankruptcy Petition Preparer

_____
Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____     _____
Signature of Bankruptcy Petition Preparer          Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18  U.S.C. Sec. 156.*

*Penalty for making a false statement or concealing property.*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. Secs. 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re  EDUARD A. VANLINGEN,                              Case No.
      MARY J. VANLINGEN,

              Debtor(s).                          Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | Attached | Num. Pages | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - REAL PROPERTY | YES | 1 | $105,000.00 | | |
| B - PERSONAL PROPERTY | YES | 4 | $14,226.00 | | |
| C - PROPERTY CLAIMED AS EXEMPT | YES | 2 | | | |
| D - CREDITORS HOLDING SECURED CLAIMS | YES | 1 | | $165,200.00 | |
| E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS | YES | 1 | | $0.00 | |
| F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS | YES | 2 | | $40,169.28 | |
| G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | YES | 1 | | | |
| H - CODEBTORS | YES | 1 | | | |
| I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) | YES | 1 | | | $7,182.65 |
| J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) | YES | 2 | | | $5,137.38 |
| Total Number of Sheets in ALL Schedules | | 16 | | | |
| Total Assets | | | $119,226.00 | | |
| Total Liabilities | | | | $205,369.28 | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re     EDUARD A. VANLINGEN,                                    Case No.
MARY  J. VANLINGEN,
                              Debtor(s).                          Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21.  If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In Business."  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following:  an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to:  relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of  a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. Sec. 101.

---

## 1. Income from employment or operation of business

None          State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.).

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $73,109.80 | H 1999 Innoveda, Inc. |
| $71,817.00 | H 1998 ViewLogic Corp. (Innoveda, Inc.) |
| $4,740.00 | W 1999 Meadowbrook Preschool |
| $1,730.00 | W 1999 CVS Pharmacy |
| $1,992.00 | W 1998 CVS Pharmacy |

## 2. Income other than from employment or operation of business

None          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,065.89 | W 2000 Party Light Candle. Co. (Sales commissions) |
| $930.00 | W 2000 Babysitting |

In re    EDUARD A. VANLINGEN,              Case No.
MARY  J. VANLINGEN,

              Debtor(s).          Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 3. Payments to creditors

None    3.a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| BankAmerica 10 New England Business Center #112, Andover, MA 01810 | 10/1; 9/1; 8/1 | $666.42; $666.42; $666.42 | $154,000.00 |
| Citizen's Bank PO Box M, Providence, RI | 10/1 ; 9/1 ; 8/1 | $414.78; 414.78; 414.78 | $7,452.00 |

None ☑    3.b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| n/a | | | |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None    4.a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the commencement of this bankruptcy case  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed).

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Eduard VanLingen vs. Mary VanLingen 00-D-1929-DV1 | Divorce | Middlesex Probate and Family Court 208 Cambridge St., E. Cambridge, MA 02141 | pending |
| Commonwealth v. Mary VanLingen unk. | Criminal | Marlborough District Court 45 Williams St., Marlborough, MA 01752 | pending |

None ☑    4.b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

In re   EDUARD A. VANLINGEN,                              Case No.
MARY J. VANLINGEN,

                    Debtor(s).                    Chapter 7

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 5. Repossessions, foreclosures and returns

None  ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

## 6. Assignments and receiverships

None  ☑  6.a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| n/a | | |

None  ☑  6.b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT, CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| n/a | | | |

## 7. Gifts

None  ☑  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| n/a | | | |

## 8. Losses

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Deck $4,300.00 | casualty deck collapsed; covered in full by insurance; repaired with insurance proceeds | 5/7/2000 |

In re    **EDUARD A. VANLINGEN,**                          **Case No.**
**MARY J. VANLINGEN,**

　　　　　　　　　　**Debtor(s).**                    **Chapter 7**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

## 9. Payments related to debt counseling or bankruptcy

None　　List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy with one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Michael J. Tremblay, Esq. 277 Main St., Marlborough, MA 01752 | 9/13/00 Eduard and Mary VanLingen | $750.00 |

## 10. Other transfers

None ☑　　List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| n/a | | |

## 11. Closed financial accounts

None　　List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BankBoston Boston Post Road, Marlborough, MA | Checking/Savings 30971124 $200.00 | $200.00 June 2000 |

## 12. Safe deposit boxes

None ☑　　List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| n/a | | | |

## 13. Setoffs

None ☑　　List all setoffs made by any creditor, including a bank, against a debt of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| n/a | | |

**STATEMENT OF FINANCIAL AFFAIRS  4 - 8**

In re    EDUARD A. VANLINGEN,                              Case No.
MARY J. VANLINGEN,

                          Debtor(s).               Chapter 7

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

### 14. Property held for another person
None      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Mary Katherine VanLingen (daughter) 58 Huntington Ave., Marlborough, MA 01752 | U.S. Savings Bond $100.00 | 58 Huntington Ave., Marlborough, MA 01752 |
| Mary Katherine VanLingen (daughter) 58 Huntington Ave., Marlborough, MA 01752 | St. Mary's Credit Union account #20938100 $308.83 | 133 West Main St., Marlborough, MA 01752 |
| Joseph P. VanLingen (son) 58 Huntington Ave., Marlborough, MA 01752 | St. Mary's Credit Union Account #2460102 $341.17 | 133 West Main St., Marlborough, MA 01752 |

### 15. Prior address of debtor
None      If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 47 Briarwood Lane, Marlborough, MA 01752 | same | 1994-1999 |
| 58 Huntington Ave., Marlborough, MA | same | May, 1999 to present (wife) |
| 363 School St., Boylston, MA 01505 | same | Feb. 2000 to present (Husband) |

The following questions are to be completed by every debtor that is a corporation or a partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the following:  an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

### 16. Nature, location and name of business
None      a. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive
☑      of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding commencement of this case.

b. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

c. If the debtor is a corporation, list the names and address of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

**In re**   **EDUARD A. VANLINGEN,**                    **Case No.**
**MARY J. VANLINGEN,**
                              **Debtor(s).**          **Chapter 7**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

| NAME | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES OF OPERATION |
|------|---------|--------------------|-----------------------------------------|
| n/a | | | |

## 17. Books, records and financial statements

**None** ☑   17.a.  List all bookkeepers and accountants who, within the six years immediately preceding the commencement of this bankruptcy case, kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------------------|-------------------------|
| n/a | |

**None** ☑   17.b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATE SERVICES RENDERED |
|------|---------|------------------------|
| n/a | | |

**None** ☑   17.c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| n/a | |

**None** ☑   17.d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| n/a | |

## 18. Inventories

**None** ☑   18.a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| n/a | | |

**None** ☑   18.b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| n/a | |

## 19.  Current Partners, Officers, Directors and Shareholders

**In re**   **EDUARD A. VANLINGEN,**          **Case No.**
**MARY J. VANLINGEN,**

                        **Debtor(s).**          **Chapter 7**

# STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

None
☑          19.a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| n/a | | |

None
☑          19.b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| n/a | | |

## 20.  Former partners, officers, directors and shareholders
None
☑          20.a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|
| n/a | | |

None
☑          20.b.  If the debtor is a corporation, list all officers, or directors whose relationships with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| n/a | | |

## 21.  Withdrawals from a partnership or distribution by a corporation
None
☑          If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| n/a | | |

*   *   *   *   *

**STATEMENT OF FINANCIAL AFFAIRS  7 - 8**

**In re**   **EDUARD A. VANLINGEN,**   **Case No.**
**MARY J. VANLINGEN,**

Debtor(s).   **Chapter 7**

## STATEMENT OF FINANCIAL AFFAIRS
(Continuation Sheet)

*[If completed an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____11-5-00_____

_____
EDUARD A. VANLINGEN
**Signature of Debtor**

Date _____

_____
MARY J. VANLINGEN
**Signature of Joint Debtor (if any)**

*[If completed on behalf of a partnership or corporation]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____11-5-00_____   by   _____
**Signature**

_____
*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
(See 11 U.S.C. Sec. 110)
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____   _____
Printed or typed name of Bankruptcy Petition Preparer   Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____
Signature of Bankruptcy Petition Preparer Date

*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. Sec. 110 and 18 U.S.C. Sec. 156.*
*Penalty for making a false statement:*
*Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

**STATEMENT OF FINANCIAL AFFAIRS  8 - 8**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

**In re**

    **EDUARD A. VANLINGEN,**

                                    **Case No.**

    **MARY  J. VANLINGEN,**

                    **Debtor(s).**

**Address**
**363 SCHOOL ST.**
**BOYLSTON, MA 01505**
**58 HUNTINGTON AVE.**
**MARLBOROUGH, MA 01752**

                                       **Chapter 7**

**Social Security No(s).**
**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, 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**
**Employer's Tax Identification Nos. [if any]**
**None.**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    **a.** *Property to be surrendered.*

      **Description of Property**           **Creditor's name**

None

In re    **EDUARD A. VANLINGEN,**                                                                    **Case No.**
**MARY  J. VANLINGEN,**
                                    **Debtor(s).**                    **Chapter 7**


## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (continuation sheet)

**b.  *Property to be retained*                                    *(Check any applicable statement.)***

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. Sec. 722 | Debt will be reaffirmed pursuant to 11 U.S.C. Sec. 524(c) |
|---|---|---|---|---|
| 1996 Mercury Villager | Citizen's Bank | X | | |

**In re   EDUARD A. VANLINGEN,**                                                    **Case No.**
**MARY  J. VANLINGEN,**

                                        Debtor(s).                    **Chapter 7**

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (continuation sheet)

Date: _____11-5-00_____          _Eduard van L_
                                        EDUARD A. VANLINGEN,
                                        Signature of Debtor

Date: _____11-5-00_____          _Mary J. van Lingen_
                                        MARY  J. VANLINGEN,
                                        Signature of Joint Debtor

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER**
**(See 11 U.S.C. Sec. 110)**

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
**Printed or typed name of Bankruptcy Petition Preparer**          **Social Security No.**

_____
**Address**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
**Signature of Bankruptcy Petition Preparer**          **Date**

   *A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of*
*Bankruptcy Procedure may result in fines or imprisonment or both.*
*11 U.S.C. Sec. 110 and 18  U.S.C. Sec. 156.*

---

**INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION  3 - 3**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re

**EDUARD A. VANLINGEN,**

**Case No.**

**MARY J. VANLINGEN,**

**Debtor(s).**

**Address**
**363 SCHOOL ST.**
**BOYLSTON, MA 01505**
**58 HUNTINGTON AVE.**
**MARLBOROUGH, MA 01752**

**Chapter 7**

**Social Security No(s).**
**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, 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**
**Employer's Tax Identification Nos. [if any]**
**None.**

### CERTIFICATE

I certify that I mailed a copy of the herein-filed

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

to the U.S. Trustee at the following address:

OFFICE OF THE U.S. TRUSTEE
600 Main St., Suite 200
Worcester, MA 01608

and the below-listed creditor(s) at the address(es) indicated:

with First Class postage prepaid, on              .

Michael J. Tremblay
Attorney for Debtor(s)

- Law Office -
TREMBLAY AND TREMBLAY
277 MAIN ST.
MARLBOROUGH, MA 01752
(508) 485-8577

**CERTIFICATE OF MAILING 1-1**